**Helen Marie LEE, Appellant,**

v.

**Larry G. MASSANARI,[1] Commissioner, Social Security Administration, Appellee.**

**No. 01–1622.**

United States Court of Appeals, Eighth Circuit.

Submitted Oct. 3, 2001.

Decided Oct. 4, 2001.

1. Larry G. Massanari has been appointed to serve as Acting Commissioner of Social Security, and is substituted as appellee pursuant to Federal Rule of Appellate Procedure 43(c)(2).

Before WOLLMAN, Chief Judge,
BOWMAN and LOKEN, Circuit Judges.

PER CURIAM.

Helen Marie Lee appeals the District
Court's[2] order affirming the Commission-
er's denial of disability insurance benefits.
Having carefully reviewed the record, *see
Hunt v. Massanari*, 250 F.3d 622, 623–24
(8th Cir.2001) (standard of review), we af-
firm.

In her January 1995 application, Lee
claimed disability since August 1994 from
back problems. After a March 1998 hear-
ing, the administrative law judge (ALJ)

found Lee not disabled, because–although
she could not perform her past relevant
work–she could perform jobs identified by
a vocational expert to whom a hypothetical
had been posed.

Contrary to Lee's assertions on appeal,
we conclude the ALJ (1) developed the
record fully and fairly, *see* 20 C.F.R.
§ 404.1517 (2001); (2) made residual-func-
tional-capacity and credibility findings
which are supported by substantial evi-
dence in the record as a whole, *see Ply v.
Massanari*, 251 F.3d 777, 779 (8th Cir.
2001) (per curiam); *Dunahoo v. Apfel*, 241
F.3d 1033, 1038 (8th Cir.2001); (3) consid-
ered Lee's impairments in combination, *see
Hajek v. Shalala*, 30 F.3d 89, 92 (8th Cir.
1994); (4) properly found Lee's lumbar
disc disease was not of listing-level severi-
ty, *see* 20 C.F.R. pt. 404, subpt. P, app. 1,
§ 1.05(C) (2001); and (5) met his burden
at step five of the sequential evaluation
process, *see Hunt*, 250 F.3d at 625. We
decline to consider Lee's remaining argu-
ments. *See Planet Prods., Inc. v. Shank*,
119 F.3d 729, 732 (8th Cir.1997); *Misner v.
Chater*, 79 F.3d 745, 746 (8th Cir.1996);
*Primary Care Investors, Seven, Inc. v.
PHP Healthcare Corp.*, 986 F.2d 1208,
1212 (8th Cir.1993).

Accordingly, we affirm.

A true copy.

---

2. The Honorable John F. Forster, Jr., United
States Magistrate Judge for the Eastern Dis-
trict of Arkansas, to whom the case was re-
ferred for final disposition by consent of the
parties pursuant to 28 U.S.C. § 636(c).